IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

ZHOU JIE PLANT, et al., )
    Plaintiffs, )
)
v. ) No. 1:08cv374
)
MERRIFIELD TOWN CENTER )
LIMITED PARTNERSHIP, et al., )
    Defendants. )

## ORDER

For the reasons stated in the accompanying Memorandum Opinion of even date,

It is hereby **ORDERED** that the magistrate judge's report and recommendation on sanctions (Docket No. 186) is **ADOPTED IN PART** and **MODIFIED IN PART** in accordance with the accompanying Memorandum Opinion.

Accordingly, it is hereby **ORDERED** that the following plaintiffs are **DISMISSED** from this case: Ollie An Hong, Kwang Y. Choi, Stephen Ghang, Sung Bun Jung, Maria Rosa Cisneros, Hyunsook Kim, Suhee Chris Park, Xiao Pei Yang, Eun Soo Lee, Minna Lee, Hyo Sook Yun, Sung Hee Oh, James B. Lai, Jeonghe Lal, Eunice Cha, Nikki Kim, Ha Il Chung, Sok K. Yi, Hyung Min Kim, Jiin Kim, Lisa Young Hee Kim, Jung Hae Kim, Hyung Nim Yi, Gloria Eunmi Lim, Kum Hee Kang, Kevin Wu, Kelly Wu, Chun Won Hwang, Kang Hon Lee, Kyong Eun Lim, Young Hoon Jung, Il Hwan Oh, Ronnie Kim, Joo Ho Song, Jae Sun Park, Young R Chang, Jong Hui Lee, Uyn Son Yang, Xia Jin. Hyunghee Kim, Soonae Jeon, Olivia Shanelle Kim, Emily Sunwoon Kim, Karen Sun Lee, Janice S. Ko, Linda T. Ko, Hye Yon Ko, Tongil Lee, Giel Lee, Bong Hyun Yoo, Chang Jeon Lee, Sun Hee Song, Chang Hyo Na, Sung Hee Na, Jennifer Young

Kim, Cindy S. Jeong, Yun Ok Choi, Hae Sook Yoo, Yong Suk Stevenson, Anh Doan, Dorn Trang, Yang Kim, Soon Ja Kim, Soon Hak Kwon, Junghee Ro, Soon Ryeah Lee, Sung Ho Lee, Ji Hee Nam, Kun Soo Han, Chien Ming Yee, Haeng Ja Kim, Byoung C. Cho, Sae Rho Mee Kim, Leah S. Her, Jerry Kim, Joung Ran Kim, Song C. Ho, Jeong Eui Lee, Ryan Jin Lee, Sungkyoon Park, Jessy Mansup Hyun, and Min Lee Hyun.

It is further **ORDERED** that defendants are **AWARDED** costs, including reasonable attorney's fees, incurred in filing their third motion for sanctions, to be paid by the above-named plaintiffs, additional plaintiffs Rahul Chaudhry, Jin O'Neill, Oriole O'Neill, Chris Padden, Han Ho Kim, Sinthia Kim, Maria Bras, Jung N. Cho, Annie J. Cho, Joon Yong Ahn, Yang Ja Kim, Julia Kim, Lydia Cotto, Kyong Chu Ashby, and Ahlam Abdel Meguid Sharaf Aldin, and plaintiffs' counsel Henry St. John Fitzgerald.

It is further **ORDERED** that plaintiffs' objections (Docket No. 195) to the magistrate judge's report and recommendation on sanctions are **OVERRULED**.

It is further **ORDERED** that this matter is **REFERRED** to the magistrate judge for a report and recommendation concerning the costs, including reasonable attorney's fees, to which defendants are entitled in connection with their third motion for sanctions.

It is further **ORDERED** that defendants' motion for fees and costs (Docket No. 198) and defendants' motion for leave to file a supplemental declaration in support of that motion (Docket No. 211) are **REFERRED** to the magistrate judge.

It is further **ORDERED** that plaintiffs' objections (Docket Nos. 143 & 178) to the magistrate judge's orders compelling discovery are **OVERRULED** in part and **OVERRULED AS MOOT** in part, as specified by the accompanying Memorandum Opinion.

It is further **ORDERED** that the magistrate judge's report and recommendation of September 29, 2009 (Docket No. 162) is **ADOPTED IN PART** and **MODIFIED IN PART** in accordance with the accompanying Memorandum Opinion.

It is further **ORDERED** that plaintiffs' objections (Docket No. 177) to the September 29, 2009 report and recommendation are **SUSTAINED IN PART** and **OVERRULED IN PART** in accordance with the accompanying Memorandum Opinion.

It is further **ORDERED** that defendants' objections (Docket No. 179) to the September 29, 2009 report and recommendation are **OVERRULED**.

It is further **ORDERED** that plaintiffs' motion for partial summary judgment (Docket No. 192) is **DENIED**. Accordingly, defendants' motion to strike plaintiffs' motion for partial summary judgment (Docket No. 204) is **DENIED AS MOOT**.

It is further **ORDERED** that this matter is **REFERRED** to the magistrate judge for a report and recommendation, in accordance with the accompanying Memorandum Opinion, containing findings and conclusions on all remaining triable issues in this case.

The Clerk is directed to send a copy of this Order to all counsel of record.

Alexandria, Virginia
March 18, 2010

/s/
T. S. Ellis, III
United States District Judge