**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**

**Alexandria Division**

Zhou Jie Plant, et al.

         )
         )
    Plaintiff     )
         )
v.           )     Civil Action No. 1:08cv374
         )

Merrifield Town Center
Limited Partnership, et al.

    Defendant


**JUDGMENT**

  Pursuant to the order of this Court entered on 5/24/10 and in accordance with Federal

Rules of Civil Procedure 58, JUDGMENT is hereby awarded  in favor of defendants

and payable by the plaintiffs listed in the Order and plaintiffs counsel (**see Order for complete**

**details**) in the amount of $9,066.99 in fees and costs.


         FERNANDO GALINDO, CLERK OF COURT

            By: Tina L. Fitzgerald
             Deputy Clerk


Dated: 5/25/10
Alexandria, Virginia